| Return | | |
|---|---|---|
| Case No.: 4:17mj183-CAS | Date and time warrant executed: 12/1/2017 1:45pm | Copy of warrant and inventory left with: Alexander Toy |
| Inventory made in the presence of: Alexander Toy and Special Agent Kevin Cwirka | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| One buccal swab from subject, barcode: C00608947. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/1/2017

_____
Executing officer's signature

Special Agent Sierra York
Printed name and title

Rec'd DEC 08 '17 USDC FIN 4PM 1250

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>ALEXANDER TYRONE TOY<br>FRANKLIN CORRECTIONAL INSTITUTION<br>1760 HIGHWAY 67 NORTH, CARABELLE, FL 32322 | )<br>)<br>)   Case No.   4:17mj183-CAS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Florida__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference).

**YOU ARE COMMANDED** to execute this warrant on or before __12/12/2017__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Judge Charles A. Stampelos__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11/28/2017__
                      __9:54am__

*Judge's signature*

City and state:   Tallahassee, Florida          Charles A. Stampelos, United States Magistrate Judge
                                                 *Printed name and title*

## ATTACHMENT A

The person to be searched is described as follows:

**ALEXANDER TYRONE TOY**

Date of Birth: February 4, 1994

Social Security Number: 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

Description: African America male, 5'10", 150 pounds

Last Known Address: Franklin Correctional Institution
1760 Highway 67 North
Carrabelle, Florida 32322

## ATTACHMENT B

The evidence to be seized is as follows:

A saliva sample taken from **ALEXANDER TOY**. The saliva sample will be collected using a Sterile Cotton Tipped Applicator or a Federal Convicted Offender Collection Kit, the tip of which is placed in **TOY's** mouth and run along the gum line and under the tongue, so as to collect as much saliva as necessary.